PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: James E. Dennis　　　　　　　　　　　　Cr.: 04-CR000809
　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS #: 40238

Name of Sentencing Judicial Officer: The Honorable Jerome B. Simandle, Chief U.S. District Judge

Date of Original Sentence: 09/22/05

Original Offense: Bank Robbery

Original Sentence: 132 months imprisonment, 3 years supervised release with the following special conditions: alcohol testing, drug treatment and testing, financial disclosure, no new credit DNA testing and a $11,389.83 in restitution.

Type of Supervision: Supervised Release　　　　　　　Date Supervision Commenced: 05/23/14

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Dennis tested positive for tested positive for marijuana, utilizing an instant ten panel drug test, on September 12, 2014. The offender readily admitted that he had smoked marijuana. Dennis was again drug tested on September 24, 2014. This test was returned from the laboratory as diluted. |

U.S. Probation Officer Action:

The offender was verbally reprimanded for his drug use and random drug testing will be intensified. We will continue to monitor the offender for emerging treatment needs and notify the Court of any further issues of non-compliance. Mr. Dennis will be completing the home study guide entitled New Directions - Substance Abuse Lifeskills Course under the supervision of our office. We are requesting no Court intervention at this time.

Respectfully submitted,

By: Karen L. Merrigan
U.S. Probation Officer
Date: 09/24/14

PROB 12A - Page 2
James Dennis

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[✓] No Court action

_____
Signature of Judicial Officer

Sept - 26, 2014
Date